UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KYLE DAMOND JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:22-CV-0809-G-BN |
| DOLLAR TREE STORES INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, except for the following:  on page seven, line two, the word "was" should be replaced with "[was]".

**SO ORDERED.**

May 9, 2022.

_____
A. JOE FISH
Senior United States District Judge